# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1175.  ADA STREET, LLC v. DONNA WHITENER et al.

After the Blue Ridge City Council denied the rezoning application of ADA Street, LLC ("ADA Street"), ADA Street filed in the superior court an appeal and complaint in equity, seeking to have the zoning decision set aside and seeking damages.  The superior court denied or dismissed all of ADA Street's claims for relief, and ADA Street filed this direct appeal.  The appellees have filed a motion to dismiss the appeal.

We lack jurisdiction. A zoning decision made by a local government constitutes the action of a local administrative agency within the meaning of OCGA § 5-6-35 (a) (1), and an appeal from a superior court decision reviewing the local administrative agency's decision must come by way of an application for discretionary appeal. *Fulton County v. Congregation of Anshei Chesed*, 275 Ga. 856, 857 (1) (572 SE2d 530) (2002); *Trend Development Corp. v. Douglas County*, 259 Ga. 425, 425-426 (1) (383 SE2d 123) (1989).

ADA Street's failure to file an application for discretionary appeal deprives this Court of jurisdiction over this appeal.  Accordingly, the appellees' motion to dismiss the appeal is hereby GRANTED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/10/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.